James E. Shapiro, Esq.
Nevada Bar No. 7907
Sheldon A. Herbert, Esq.
Nevada Bar No. 5988
**SMITH & SHAPIRO, PLLC**
2520 St. Rose Parkway, Suite #220
Henderson, NV 89074
(702) 318-5033
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOULEVARD VENTURES, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>J.C. PENNEY COMPANY, INC., a Delaware corporation; and J.C. PENNEY CORPORATION, INC., a Delaware corporation,<br><br>Defendants. | Case No. 2:15-cv-01010-GMN-NJK |

## **STIPULATION AND ORDER TO DISMISS**

Plaintiff BOULEVARD VENTURES, LLC, a Nevada limited liability company, by and through its attorneys of record, SMITH & SHAPIRO, PLLC, and Defendants J.C. PENNEY COMPANY, INC., a Delaware corporation; and J.C. PENNEY CORPORATION, INC., a Delaware corporation, by and through their attorneys of record, LEWIS BRISBOIS BISGAARD & SMITH, hereby stipulate and agree that this matter should be dismissed, each party to bear its respective attorneys' fees and costs.

There are no pending motions and/or other matters which require the attention of this Court and this matter has not yet been set for trial.

\ \ \

\ \ \

\ \ \

Dated this 30th day of September, 2016.

SMITH & SHAPIRO, PLLC

/s/ James E. Shapiro
James E. Shapiro, Esq.
Nevada Bar No. 7907
Sheldon A. Herbert, Esq.
Nevada Bar No. 5988
2450 St. Rose Parkway, Suite 200
Henderson, NV 89074
*Attorneys for Boulevard Ventures, LLC*

Dated this 30th day of September, 2016.

LEWIS BRISBOIS BISGAARD & SMITH

/s/ Josh Cole Aicklen
Josh Cole Aicklen, Esq.
Nevada Bar No. 7254
David B. Avakian, Esq.
Nevada Bar No. 9502
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
*Attorneys for J.C. Penney Company, Inc. and J.C. Penney Corporation, Inc.*

Dated this 30th day of September, 2016.

/s/ Diana Catherine Kays
Diana Catherine Kays, Esq.
*Admitted Pro Hac Vice*
6501 Legacy Drive, MS 1122
Plano, Texas 75024
*Attorney for J.C. Penney Company, Inc. and J.C. Penney Corporation, Inc.*

IT IS SO ORDERED.

DATED this  1  day of  October , 2016.

_____
UNITED STATES DISTRICT JUDGE